**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Timothy B. Cason, Appellant.

Appellate Case No. 2016-001737

———————

Appeal From Anderson County
R. Ferrell Cothran, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2018-UP-381
Submitted September 1, 2018 – Filed October 17, 2018

———————

**APPEAL DISMISSED**

———————

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

General Counsel Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.